Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−29060−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Karen Webber−Gobern
aka Karen Webber
1014 Blackberry Lane
Union, NJ 07083

Social Security No.:
xxx−xx−8712

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 11/9/17 at 11:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 1014 Blackberry Lane, Union, New Jersey 07083. Fee Amount &#036 176. filed by Creditor HSBC BANK USA, N.A., 36 Order on Motion For Relief From Stay) filed by Alexandra T. Garcia on behalf of HSBC BANK USA, N.A.. Objection deadline is 10/10/2017. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) (Garcia, Alexandra)

*63* − Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 1014 Blackberry Lane, Union, New Jersey 07083. Fee Amount &#036 176. filed by Creditor HSBC BANK USA, N.A., 36 Order on Motion For Relief From Stay) filed by Alexandra T. Garcia on behalf of HSBC BANK USA, N.A.. Objection deadline is 10/10/2017. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor HSBC BANK USA, N.A.) filed by Mark Goldman on behalf of Karen Webber−Gobern. (Goldman, Mark)

Dated: 10/10/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court