Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−29060−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen Webber−Gobern
   aka Karen Webber
   1014 Blackberry Lane
   Union, NJ 07083

Social Security No.:
   xxx−xx−8712

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 11/9/17 at 11:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 1014 Blackberry Lane, Union, New Jersey 07083. Fee Amount &#036 176. filed by Creditor HSBC BANK USA, N.A., 36 Order on Motion For Relief From Stay) filed by Alexandra T. Garcia on behalf of HSBC BANK USA, N.A.. Objection deadline is 10/10/2017. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) (Garcia, Alexandra)

*63* − Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 1014 Blackberry Lane, Union, New Jersey 07083. Fee Amount &#036 176. filed by Creditor HSBC BANK USA, N.A., 36 Order on Motion For Relief From Stay) filed by Alexandra T. Garcia on behalf of HSBC BANK USA, N.A.. Objection deadline is 10/10/2017. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor HSBC BANK USA, N.A.) filed by Mark Goldman on behalf of Karen Webber−Gobern. (Goldman, Mark)

Dated: 10/10/17

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 14-29060-JKS
Karen Webber-Gobern                                                      Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Oct 10, 2017
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db            +Karen Webber-Gobern,    1014 Blackberry Lane,    Union, NJ 07083-8718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    HSBC BANK USA, N.A. NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    HSBC BANK USA, N.A. njecfmail@mwc-law.com
              David G. Beslow    on behalf of Debtor Karen   Webber-Gobern yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Marisa Myers Cohen    on behalf of Creditor    HSBC BANK USA, N.A. mcohen@mwc-law.com,
               jhillier@mwc-law.com
              Mark  Goldman    on behalf of Debtor Karen   Webber-Gobern yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 7