UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey  07017
(973)-677-9000
Mark Goldman #MG-8019

*Attorneys for Debtor(s), Karen Weber-Gobern*

Order Filed on March 8, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Karen Webber-Gobern

Debtor

Case No.: 14-29060

Chapter:  13

Judge:  JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: March 8, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):   Karen Webber-Gobern
Case No.:    14-29060/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $2100.00 for services rendered and expenses in the amount of $_0__ for a total of $2100.00 of which $2000.00 has already been received by said attorney and of which the balance of $100.00 shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

_X__ through the Chapter 13 Plan as an administrative priority.

____ outside the plan.

The debtor's monthly plan is modified to require a payment of $__n/a____ per month for ____ months to allow for payment of the aforesaid fee.