| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br>Clifford B. Frish, Esq. #CBF-2541<br>Attorney(s) for Debtor | Order Filed on June 22, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KAREN WEBBER-GOBERN | Case No.: 14-29060<br>Chapter: 13<br>Judge: JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 22, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___2/19/2018___ :

Property:    1014 Blackberry Lane Union, NJ 07083

Creditor:    HSBC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___9/30/2018___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*