UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

KAREN WEBBER-GOBERN

Order Filed on July 30, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  14-29060 JKS

Hearing Date:  7/26/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: July 30, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): KAREN WEBBER-GOBERN

Case No.: 14-29060

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/26/2018 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,351.00 starting on 8/1/2018 for the remaining 14 month(s).