UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

**Order Filed on July 30, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:

    KAREN WEBBER-GOBERN

Case No.:  14-29060 JKS

Hearing Date:  7/26/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 30, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): KAREN WEBBER-GOBERN

Case No.: 14-29060

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/26/2018 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,351.00 starting on 8/1/2018 for the remaining 14 month(s).

United States Bankruptcy Court
District of New Jersey

In re:  
Karen Webber-Gobern  
    Debtor

Case No. 14-29060-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 31, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.  
db         +Karen Webber-Gobern,   1014 Blackberry Lane,   Union, NJ 07083-8718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:

        Alexandra T. Garcia    on behalf of Creditor    HSBC BANK USA, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Celine P. Derkrikorian    on behalf of Creditor    HSBC BANK USA, N.A. njecfmail@mwc-law.com  
        Clifford B. Frish    on behalf of Debtor Karen   Webber-Gobern yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        David G. Beslow    on behalf of Debtor Karen   Webber-Gobern yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Marisa Myers Cohen    on behalf of Creditor    HSBC BANK USA, N.A. mcohen@mwc-law.com, jhillier@mwc-law.com  
        Mark Goldman    on behalf of Debtor Karen   Webber-Gobern yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
                                                                                            TOTAL: 8