Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14–29060–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karen Webber–Gobern
    aka Karen Webber
    1014 Blackberry Lane
    Union, NJ 07083

Social Security No.:
    xxx–xx–8712

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/13/18 at 11:00 AM

to consider and act upon the following:

**99** – Creditor's Certification of Default (related document:77 Order (Generic), 98 Document filed by Creditor HSBC BANK USA, N.A., Notice of Docketing Error) filed by Alexandra T. Garcia on behalf of HSBC BANK USA, N.A.. Objection deadline is 08/22/2018. (Attachments: # 1 Certificate of Service # 2 Exhibit "A") (Garcia, Alexandra)

**100** – Certification in Opposition to (related document:99 Creditor's Certification of Default (related document:77 Order (Generic), 98 Document filed by Creditor HSBC BANK USA, N.A., Notice of Docketing Error) filed by Alexandra T. Garcia on behalf of HSBC BANK USA, N.A.. Objection deadline is 08/22/2018. (Attachments: # 1 Certificate of Service # 2 Exhibit "A") filed by Creditor HSBC BANK USA, N.A.) filed by David G. Beslow on behalf of Karen Webber–Gobern. (Beslow, David)

Dated: 8/16/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court