Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 14−29060−JKS
                                      Chapter: 13
                                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen Webber−Gobern
   aka Karen Webber
   1014 Blackberry Lane
   Union, NJ 07083

Social Security No.:
   xxx−xx−8712

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 30, 2019
JAN: zlh

                                                                  Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 14-29060-JKS
Karen Webber-Gobern                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 30, 2019
                              Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
```
db              +Karen Webber-Gobern,    1014 Blackberry Lane,    Union, NJ 07083-8718
515053866       +Albany Law School,    80 New Scotland Ave,    Albany, NY 12208-3494
515053870       +Ars /Account Resolution Services,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
515053874       +Chase Auto,    Po Box 901003,    Fort Worth, TX 76101-2003
515053880       +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
515211906       +HSBC Bank USA, N.A.,    2001 Bishops Gate Blvd,    Mailstop: SBRP,    Mount Laurel, NJ 08054-4604
515112958        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515053883       +Mortgage Service Cente,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
515053884       +New Mlnm Bk,    4422 Route 27 Buil,    Kingston, NJ 08528-9613
515053936       +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2019 23:33:29     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2019 23:33:26     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: AISACG.COM Jan 31 2019 04:03:00      Capital One Auto Finance,    PO Box 201347,
                 Arlington, TX 76006-1347
515053868       +EDI: RMCB.COM Jan 31 2019 04:03:00      Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
515131566       +EDI: AISACG.COM Jan 31 2019 04:03:00      Capital One Auto Finance,
                 c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave, Dept APS,
                 Oklahoma City, OK 73118-7901
515053872       +EDI: CAPONEAUTO.COM Jan 31 2019 04:03:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
515053871       +EDI: CAPONEAUTO.COM Jan 31 2019 04:03:00      Capital One Auto Finance,    3905 N Dallas Pkwy,
                 Plano, TX 75093-7892
515064096       +EDI: AISACG.COM Jan 31 2019 04:03:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 201347,    Arlington, TX 76006-1347
515053873       +EDI: CAUT.COM Jan 31 2019 04:03:00      Chase Auto,    Attn:National Bankruptcy Dept,
                 Po Box 29505,    Phoenix, AZ 85038-9505
515053875       +EDI: CHRYSLER.COM Jan 31 2019 04:03:00      Chrysler Financial/TD Auto Finance,
                 Attn: Bankruptcy Dept,    Po Box 551080,    Jacksonville, FL 32255-1080
515053877       +EDI: CHRYSLER.COM Jan 31 2019 04:03:00      Chrysler Financial/TD Auto Finance,    Po Box 9223,
                 Farmington Hills, MI 48333-9223
515053879       +EDI: CCS.COM Jan 31 2019 04:03:00      Credit Coll,    Po Box 9136,    Needham, MA 02494-9136
515053881       +E-mail/Text: bankruptcies@berkshirebank.com Jan 30 2019 23:34:35      First Choice Bank/cws,
                 840 Route 33,    Mercerville, NJ 08619-4413
515053882        EDI: HFC.COM Jan 31 2019 04:03:00      Hsbc Mortgage Corp Usa,    Pob 4604,    Buffalo, NY 14240
515270427        EDI: NAVIENTFKASMDOE.COM Jan 31 2019 04:03:00
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
515053909       +EDI: NAVIENTFKASMSERV.COM Jan 31 2019 04:03:00      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
515053885       +EDI: NAVIENTFKASMSERV.COM Jan 31 2019 04:03:00      Sallie Mae,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
515053886       +EDI: NAVIENTFKASMSERV.COM Jan 31 2019 04:03:00      Sallie Mae,    Attn: Claims Department,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
515053932       +EDI: DRIV.COM Jan 31 2019 04:03:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
515053933       +EDI: ECMC.COM Jan 31 2019 04:03:00      Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,
                 Saint Paul, MN 55116-0448
                                                                                                TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515053867*      +Albany Law School,    80 New Scotland Ave,    Albany, NY 12208-3494
515053869*      +Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
515053876*      +Chrysler Financial/TD Auto Finance,    Attn: Bankruptcy Dept,    Po Box 551080,
                 Jacksonville, FL 32255-1080
515053878*      +Chrysler Financial/TD Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
515053910*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053911*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053912*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053913*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053914*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053915*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053916*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053917*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053918*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053919*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053920*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053921*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053922*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
515053923*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jan 30, 2019
                                  Form ID: 148             Total Noticed: 30


           ***** BYPASSED RECIPIENTS (continued) *****
515053924*       +Sallie Mae,    Po Box 9500,     Wilkes Barre, PA 18773-9500
515053925*       +Sallie Mae,    Po Box 9500,     Wilkes Barre, PA 18773-9500
515053926*       +Sallie Mae,    Po Box 9500,     Wilkes Barre, PA 18773-9500
515053927*       +Sallie Mae,    Po Box 9500,     Wilkes Barre, PA 18773-9500
515053928*       +Sallie Mae,    Po Box 9500,     Wilkes Barre, PA 18773-9500
515053929*       +Sallie Mae,    Po Box 9500,     Wilkes Barre, PA 18773-9500
515053930*       +Sallie Mae,    Po Box 9500,     Wilkes Barre, PA 18773-9500
515053931*       +Sallie Mae,    Po Box 9500,     Wilkes Barre, PA 18773-9500
515053887*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053888*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053889*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053890*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053891*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053892*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053893*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053894*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053895*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053896*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053897*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053898*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053899*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053900*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053901*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053902*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053903*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053904*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053905*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053906*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053907*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053908*       +Sallie Mae,    Attn: Claims Department,    Po Box 9500,     Wilkes-Barre, PA 18773-9500
515053937*       +Us Dept Of Education,    Po Box 5609,     Greenville, TX 75403-5609
515053938*       +Us Dept Of Education,    Po Box 5609,     Greenville, TX 75403-5609
515053934*       +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
515053935*       +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
                                                                                               TOTALS: 0, * 52, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
              Alexandra T. Garcia     on behalf of Creditor    HSBC BANK USA, N.A. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia     on behalf of Creditor    HSBC Bank USA, N.A. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian     on behalf of Creditor    HSBC BANK USA, N.A. njecfmail@mwc-law.com
              Clifford B. Frish     on behalf of Debtor Karen    Webber-Gobern yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow     on behalf of Debtor Karen    Webber-Gobern yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Marisa Myers Cohen     on behalf of Creditor    HSBC BANK USA, N.A. mcohen@mwc-law.com,
               jhillier@mwc-law.com
              Mark Goldman     on behalf of Debtor Karen    Webber-Gobern yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                               TOTAL: 9
```